# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2187
L.T. Case No. 16-2009-DR-000010-FM

_____

JOVAN L. JUBERT,

   Appellant,

   v.

KIMBERLY JACKSON f/k/a
KIMBERLY PHILLIPS,

   Appellee.

_____

On appeal from the Circuit Court for Duval County.
John Ingle Guy, Judge.

Jovan L. Jubert, Angier, NC, pro se.

No Appearance for Appellee.

February 26, 2026

PER CURIAM.

   AFFIRMED. *See* Fla. R. App. P. 9.315(a).

LAMBERT, HARRIS, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____